IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM VINNETT,

   Plaintiff,

    v.

GENERAL ELECTRIC COMPANY,

   Defendant.

CIVIL ACTION FILE
NO. 1:05-CV-993-TWT

## OPINION AND ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion to Dismiss [Doc. 2]. After careful consideration of the Defendant's Objections, the Court approves and adopts the disposition of the motions set forth in the Report and Recommendation as the judgment of the Court. The Court declines to adopt the Report and Recommendation to the extent that it can be read as making a final determination as to the materiality of the Defendant's alleged breach of the settlement agreement or the Plaintiff's right of rescission. Those are fact intensive issues that cannot be resolved based upon the pleadings, and may be revisited at the motion for summary judgment stage of the proceedings. The Defendant's Motion to Dismiss [Doc. 2] is GRANTED

as to the Plaintiff's claim for intentional infliction of emotional distress.  Otherwise, it is DENIED.  The Plaintiff's Motion for Order to Tender Funds into the Registry of the Court [Doc. 4] is GRANTED.

    SO ORDERED, this 8 day of March, 2006.

                                  /s/Thomas W. Thrash
                                  THOMAS W. THRASH, JR.
                                  United States District Judge