IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM VINNETT,<br><br>　　Plaintiff,<br><br>　　v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>　　Defendant. | CIVIL ACTION FILE<br>NO. 1:05-CV-993-TWT |

<u>ORDER</u>

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 55] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 40]. The Plaintiff's objections to the Report and Recommendation are without merit. The Defendant's Motion for Summary Judgment [Doc. 40] is GRANTED.

SO ORDERED, this 20 day of August, 2007.

　　　　　　　　　　　　　　　　/s/Thomas W. Thrash
　　　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　　　United States District Judge

T:\ORDERS\05\Vinnett\r&r2.wpd